# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF ALABAMA
# NORTHERN DIVISION

| | | |
|---|---|---|
| LELA MARIE JONES, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No. 2:23-cv-731-CWB |
| | ) | |
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Defendant. | ) | |

## ORDER

Upon review of the parties' Joint Stipulation of Dismissal (Doc. 26), which comports with Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, the court notes that this case has been dismissed with prejudice by operation of law on the terms agreed to and set out by the parties. The clerk of court is therefore **DIRECTED** to close the case in its entirety.

**DONE** this the 22nd day of March 2024.

CHAD W. BRYAN
UNITED STATES MAGISTRATE JUDGE